James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
  OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

Liaison Counsel for Plaintiff

Samuel H. Rudman
Mario Alba Jr.
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GARY CURRAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:16-cv-02263-MCA-LDW |
| Plaintiff, | ) ) ) | DECLARATION OF JAMES E. CECCHI |
| vs. | ) ) | |
| FRESHPET, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

JAMES E. CECCHI, ESQ. of full age, hereby declare as follows:

1. I am an attorney licensed to practice in New Jersey and am a member of the law firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., proposed liaison counsel for proposed lead plaintiff Alaska Electrical Pension Fund (the "Pension Fund") in the above-captioned action. In such capacity, I am fully familiar with the facts contained herein. I make this declaration in support of Alaska Electrical Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published on *PR Newswire*, a national business-oriented wire service, on April 21, 2016;

Exhibit B: The Pension Fund's Sworn Certification;

Exhibit C: The Pension Fund's estimated losses;

Exhibit D: Robbins Geller Rudman & Dowd LLP firm résumé; and

Exhibit E: Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. firm résumé.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2016

s/ James E. Cecchi<br>
JAMES E. CECCHI

CERTIFICATE OF SERVICE

      I, James E. Cecchi, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 20, 2016.

    Dated: June 20, 2016

                                        s/ James E. Cecchi
                                        JAMES E. CECCHI

# Mailing Information for a Case 2:16-cv-02263-MCA-LDW CURRAN v. FRESHPET, INC. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **JAMES E. CECCHI**
  jcecchi@carellabyrne.com,ltaylor@carellabyrne.com,mrago@carellabyrne.com,zbower@carellabyrne.com

- **LAURENCE M. ROSEN**
  lrosen@rosenlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`