James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
  OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

Liaison Counsel for Plaintiff

Samuel H. Rudman
Mario Alba Jr.
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GARY CURRAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:16-cv-02263-MCA-LDW |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL |
| vs. | ) ) | |
| FRESHPET, INC., et al., | ) ) | |
| Defendants. | ) ) | |

THIS MATTER having been opened to the Court by Alaska Electrical Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the presence of other movants, and the Court having read the parties' papers, and good cause appearing,

IT IS THIS ____ day of July, 2016

ORDERED that Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Alaska Electrical Pension Fund is appointed as Lead Plaintiff; and it is further

ORDERED that Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is appointed as Lead Counsel and Carella, Byrne, Cecchi, Olstein, Brody Agnello, P.C. is appointed as Liaison Counsel.

IT IS SO ORDERED.

DATED: Dec-16-16

MADELINE COX ARLEO,
U.S.D.J.

- 1 -