James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

Liaison Counsel for Lead Plaintiff

Samuel H. Rudman
Alan I. Ellman
Mario C. Lattuga
ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

Lead Counsel for Lead Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GARY CURRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRESHPET, INC., RICHARD THOMPSON, RICHARD KASSAR, SCOTT MORRIS and CHARLES A. NORRIS,<br><br>Defendants. | Civil Action No. 16-2263(MCA)(LDW)<br><br>**NOTICE OF MOTION** |

To: All Persons On ECF Service List

COUNSEL:

PLEASE TAKE NOTICE that in accordance with the schedule set forth in Paragraph 13 of the Pretrial Scheduling Order, Docket Entry 43, the undersigned counsel for Lead Plaintiff

will move before Hon. Madeline Cox Arleo at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey for class certification in accordance with Fed.R.Civ.P. 23.

The undersigned intends to rely upon the annexed Declarations of Alan I. Ellman, Gregory R. Stokes, and Bjorn I. Steinholt, CFA and the Brief filed in support.

The undersigned hereby requests oral argument.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
Liaison Counsel for Lead Plaintiff

By: /s/ James E. Cecchi
JAMES E. CECCHI

Dated: June 29, 2018

Samuel H. Rudman
Alan I. Ellman
Mario C. Lattuga
ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

Lead Counsel for Lead Plaintiff

Frank J. Johnson
JOHNSON FISTEL, LLP
600 West Broadway, Suite 1540
San Diego, CA 92101
(619) 230-0063

Michael I. Fistel, Jr.
JOHNSON FISTEL, LLP
40 Powder Springs Street
Marietta, Georgia 30064
(770) 200-3104

Additional Plaintiff's Counsel