**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GARY CURRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRESHPET, INC., RICHARD THOMPSON, RICHARD KASSAR, SCOTT MORRIS and CHARLES A. NORRIS,<br><br>Defendants. | Civil Action No. 16-2263(MCA)(LDW) |

**DECLARATION OF GREGORY R. STOKES IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, GREGORY R. STOKES, declare as follows:

1. I submit this declaration in support of Lead Plaintiff's Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am the Administrator of Alaska Electrical Pension Fund ("Alaska Electrical" or "Lead Plaintiff"). As Administrator, I participate in and oversee decisions regarding the administration and operations of Alaska Electrical. I am authorized to seek Alaska Electrical's appointment as a class representative in this action.

3. Alaska Electrical is an institutional investor headquartered in Anchorage, Alaska. Alaska Electrical Pension Fund was founded in 1968 for the purpose of providing retirement benefits to the members of the International Brotherhood of Electrical Workers ("IBEW") Local 1547. Alaska Electrical is a multi-employer pension plan that is jointly administered by employer and union trustees for the benefit of its more than 7,500 participants. As of December 31, 2017, Alaska Electrical managed approximately $1.8 billion in assets.

4. Alaska Electrical purchased shares of Freshpet, Inc. ("Freshpet") common stock during the April 1, 2015 through November 11, 2015 class period. *See* ECF No. 4-5.

5. Alaska Electrical did not acquire Freshpet common stock at the direction of its counsel in this matter, including Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), or in order to participate in this private action or any other litigation under the federal securities laws.

6. Should it be appointed as a class representative, Alaska Electrical is committed to vigorously prosecuting this litigation, as it has since its appointment as lead plaintiff in 2016. *See* ECF No. 19. Alaska Electrical intends to obtain the largest recovery for the class consistent with good faith and sound judgment. To that end, Alaska Electrical is committed to maximizing the recovery for the class by making necessary appearances, sitting for a deposition, and

overseeing critical junctures of the litigation, as appropriate. Further, Alaska Electrical understands that it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation by, among other things, directing the efforts of Robbins Geller.

7. On behalf of Alaska Electrical, I have reviewed and monitored the progress of this litigation and the active participation of Robbins Geller in its prosecution. For example, I received and reviewed periodic updates and correspondence from counsel regarding important aspects of the case, including the filing of significant pleadings, court orders and the progress of discovery. I have also participated in discussions with counsel regarding significant developments in the case.

8. Alaska Electrical will not accept any payment for serving as class representative beyond Alaska Electrical's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly related to the representation of the class as ordered or approved by the Court.

9. For all these reasons, and for those described in the other documents that are being filed in connection with Lead Plaintiff's motion for class certification, Alaska Electrical respectfully requests that the Court appoint it as a Class Representative and Robbins Geller as Class Counsel.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed this 29th day of JUNE, 2018, at ANCHORAGE, AK.

Gregory R. Stokes

GREGORY R. STOKES, ADMINISTRATOR