September 6, 2019

The Honorable Madeline Cox Arleo
U.S. District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

    Re:   *Curran v. Freshpet, Inc. et al.*
           Civil Action No. 16-2263(MCA)(LDW)

Dear Judge Arleo:

On August 7, 2019, undersigned counsel for all parties in the above-captioned securities class action informed the Court that the parties reached an agreement in principle to settle their dispute, and that Lead Plaintiff expected to submit to the Court a motion for preliminary approval of the settlement (the "Motion") by September 6, 2019. *See* ECF No. 134. Lead Plaintiff now estimates that it will need additional time to prepare the Motion, and Lead Plaintiff requests to file the Motion by October 7, 2019. Defendants consent to this request. If this schedule is acceptable, kindly "So Order" this letter and have a "filed" copy returned to us via the Court's ECF system.

Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

Respectfully,

PEPPER HAMILTON LLP

/s/ Robert L. Hickok
ROBERT L. HICKOK

3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Telephone: 215/981-4000

*Attorneys for Freshpet, Inc.,
Richard Thompson, Richard Kassar,
Scott Morris, and Charles A. Norris*

cc:   Samuel H. Rudman, Esquire
      Alan I. Ellman, Esquire
      Lindsey H. Taylor, Esquire
      Jay A. Dubow, Esquire

Respectfully,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

/s/ James E. Cecchi
JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973/994-1700

*Liaison Counsel for Lead Plaintiff*

SO ORDERED
9/9/19
Madeline Cox Arleo, U.S.D.J.

The Honorable Madeline Cox Arleo
September 6, 2019
Page 2