James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
  OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
(973) 994-1700

Liaison Counsel for Lead Plaintiff

Samuel H. Rudman
Alan I. Ellman
Avital O. Malina
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARY CURRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>FRESHPET, INC., et al.,<br><br>                              Defendants. | Civil Action No. 16-2263(MCA)(LDW)<br><br>**NOTICE OF MOTION** |

To:    All persons on ECF mailing list

COUNSEL:

   PLEASE TAKE NOTICE THAT at such date and time as the Court shall designate, the undersigned attorneys for Lead Plaintiff Alaska Electrical Pension Fund shall move before Hon. Madeline Cox Arleo, U.S.D.J. at the Martin Luther King Federal Building, 50 Walnut Street,

Newark New Jersey for an Order pursuant to Fed.R.Civ.P. 23(e) for preliminary approval of a proposed Settlement.

Lead Plaintiff shall rely upon annexed Brief, Stipulation and all documents attached thereto and Declaration of Michael Joaquin. A proposed form of Order is included herewith.

The undersigned hereby requests oral argument.

DATED:  October 3, 2019

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
  OLSTEIN, BRODY & AGNELLO, P.C.
JAMES E. CECCHI
LINDSEY H. TAYLOR


By:   /s/James E. Cecchi
        JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ  07068
(973) 994-1700

*Liaison Counsel for Lead Plaintiff*

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ALAN I. ELLMAN
AVITAL O. MALINA
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100
srudman@rgrdlaw.com
aellman@rgrdlaw.com
amalina@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

Frank J. Johnson
JOHNSON FISTEL, LLP
655 West Broadway, Suite 1400
San Diego, CA  92101
(619) 230-0063

4834-5837-2008.v1

- 3 -

        Michael I. Fistel, Jr.
        JOHNSON FISTEL, LLP
        40 Powder Springs Street
        Marietta, GA  30064
        (470) 632-6000

*Additional Counsel for Lead Plaintiff*