James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
  OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
(973) 994-1700

Liaison Counsel for Lead Plaintiff

Samuel H. Rudman
Alan I. Ellman
Avital O. Malina
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARY CURRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>  vs.<br><br>FRESHPET, INC., et al.,<br><br>                 Defendants. | Civil Action No. 16-2263(MCA)(LDW)<br><br><br><br>**NOTICE OF MOTION** |

To:   All Persons On ECF Service List

COUNSEL:

      PLEASE TAKE NOTICE that on Wednesday, March 4, 2020, at 2:00 p.m., or such other time as the Court may designate, the undersigned counsel for Lead Plaintiff shall move before Hon. Madeline Cox Arleo at the Martin Luther King, Jr. Federal Building, 50 Walnut Street,

Newark, New Jersey 07102 for final approval of the proposed settlement and approval of the plan of allocation of settlement proceeds.

The undersigned intends to rely upon the annexed Declaration of Alan I. Ellman, Declaration of Gregory Stokes, Declaration of Ross D. Murray, and Brief.

The undersigned hereby requests oral argument.

DATED: January 29, 2020

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
Liaison Counsel for Lead Plaintiff


By:  /s/ James E. Cecchi
     JAMES E. CECCHI

Samuel H. Rudman
Alan I. Ellman
Avital O. Malina
ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100

Lead Counsel for Lead Plaintiff

Frank J. Johnson
JOHNSON FISTEL, LLP
655 West Broadway, Suite 1400
San Diego, CA  92101
(619) 230-0063

Michael I. Fistel, Jr.
JOHNSON FISTEL, LLP
40 Powder Springs Street
Marietta, GA  30064
(470) 632-6000

Additional Counsel for Lead Plaintiff