UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARY CURRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRESHPET, INC., et al.,<br><br>Defendants. | Civil Action No. 16-2263(MCA)(LDW)<br><br>**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES <u>AND PAYMENT OF EXPENSES</u>** |

JAMES E. CECCHI, ESQ., of full age, hereby declares as follows:

1. I am an attorney licensed to practice in New Jersey and am member of the law firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne"). I submit this declaration in support of Lead Counsel's motion for an award of attorneys' fees and payment of litigation expenses on behalf of all plaintiffs' counsel who contributed to the prosecution of the claims in the above-captioned action (the "Action") from inception through December 31, 2019 (the "Time Period"). I am fully familiar with the facts contained herein based upon my personal knowledge and the books and records kept in the ordinary course of Carella Byrne's business.

2. The principal tasks undertaken by my firm included advising Lead Counsel as to New Jersey practices and procedure, assisting in drafting pleadings, briefs, and other submissions to the Court, and attendance at Court appearances.

3. The total lodestar for my firm for those hours is $120,000.00.

4. My firm's lodestar figures are based upon the firm's hourly rates, which rates do not include charges for expense items. Expense items are recorded separately and are not duplicated in my firm's hourly rates.

5. My firm has incurred a total of $550.00 in expenses in connection with the prosecution of the Action. The expenses are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

I hereby declare under penalty of perjury that the foregoing is true and correct.

/s/ James E. Cecchi
JAMES E. CECCHI

Dated: January 29, 2020